UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK SCOTT ZAKEN,

    Plaintiff,

-v-                                                                 Case No.  8:07-CV-867-T-30EAJ

WILL KELLEY,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's motion to compel (Dkt. 47) in which Plaintiff requests the Court order the Defendant to produce "the Psychological Evaluations/Records of the Defendant within the scope of the Defendant's Employment with the Manatee County Sheriff's Office." (Id. at 2).

Plaintiff has not certified that he has conferred with opposing counsel in an effort to resolve their discovery dispute. *See*, Local Rule 3.01(g) (M.D. Fla. 2006)("Before filing any motion in a civil case...the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion."); Fed. R. Civ. P. Rule 37(a)("On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant

has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.").

Moreover, in response to Plaintiff's request for production of Defendant's psychological records, Defendant informed Plaintiff that "none exist." (Dkt. 47 at 7). Plaintiff has provided no evidence that the requested records exist. Plaintiff's personal belief that Defendant's response "is in error" (*See* Dkt. 47 at 2) is insufficient to support an order granting his motion to compel. The Court cannot compel that which the Defendant asserts does not exist.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's motion to compel (Dkt. 47) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 1, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copies to:
Plaintiff *pro se*
Counsel of record

2