UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK SCOTT ZAKEN

        Plaintiff,

v.                                              Case No. 8:07-cv-867-T-30EAJ

WILL KELLEY

        Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Will Kelley, and against Plaintiff, Frank Zaken.

Date: January 12, 2009                      SHERYL L. LOESCH, CLERK

                                                                   By: S. Boswell, Deputy Clerk